**91-1760.** State, ex rel. Donaldson, v. Alfred. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondents' motion for protective order prohibiting relator from conducting further discovery and to quash subpoenas of Chief Ugrinic and Detective Cichra,

IT IS ORDERED by the court that said motion for protective order and to quash subpoenas be, and the same is hereby, granted, effective October 18, 1991.

**91-2083.** State, ex rel. Moreland, v. Judges of the Court of Appeals for the Second Appellate Dist. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for peremptory writ of prohibition or, in the alternative, an alternative writ of prohibition,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective October 22, 1991.

## MISCELLANEOUS DISMISSALS

**90-2005.** State v. Peters. *Lorain County,* No. 89CA004733. *Sua sponte,* cause dismissed for want of prosecution, effective October 24, 1991.

**91-1625.** State v. Brown. *Mahoning County,* No. 84 C.A. 145. *Sua sponte,* cause dismissed for want of prosecution, effective October 24, 1991.

**91-1729.** State v. Young. *Ashtabula County,* No. 90-A-1523. *Sua sponte,* cause dismissed for want of prosecution, effective October 24, 1991.

**91-1841.** Elrich v. Weaver. *Ross County,* No. 1662. *Sua sponte,* cause dismissed for want of prosecution, effective October 24, 1991.

**91-1857.** Kennedy v. Toledo. *Lucas County,* No. L-89-326. Cause dismissed, on appellants' application for dismissal, effective October 24, 1991.

**91-1861.** State v. Easter. *Ross County,* Nos. 1659 and 1687. Cause dismissed, on appellants' application for dismissal, effective October 24, 1991.

*Wednesday, October 30, 1991*
## MERIT DOCKET

**91-2040.** State, ex rel. Phillips, v. Lorain Cty. Bd. of Elections. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.

IT IS ORDERED by the court, *sua sponte,* that this cause is hereby dismissed as moot, effective October 29, 1991.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.